NUMBER 13-09-00609-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellant,


v.



IRIS PERALES, Appellee. 

_____________________________________________________________


On Appeal from the 197th District Court 


of Cameron County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Vela


Memorandum Opinion Per Curiam


 Appellant, Texas Department of Public Safety, perfected an appeal of an order of
expunction entered by the 197th District Court of Cameron County, Texas, in cause
number 2009-07-4278-C. Appellant has filed a motion to dismiss the appeal on grounds
that the appellant no longer wishes to appeal this case. Appellant requests that this Court
dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. 
Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent agreement of
the parties, the court will tax costs against the appellant."). Having dismissed the appeal
at appellant's request, no motion for rehearing will be entertained, and our mandate will
issue forthwith.


 PER CURIAM

Delivered and filed 

the 14th day of January, 2010.